**Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01045-CV

_____

**DONALD M. HOLDEN, Appellant**

**V.**

**JOHN C. OSBORNE AND THE LAW OFFICES OF JOHN C. OSBORNE,**
**Appellees**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-02891

## O R D E R

The notice of cross-appeal in this case was filed November 30, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that cross-appellant Donald M. Holden has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Donald M. Holden is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **January 23, 2012.** *See* Tex. R. App. P. 5. If Donald M. Holden fails to timely pay the filing fee in accordance with this order, the cross-appeal will be dismissed.

PER CURIAM